# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Michael E Jones MD PC | CASE NO.: 25–11745–mew |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 20–3626838 | CHAPTER: 11 |

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Michael E. Wiles on September 10, 2025 for administration. Please style all future captions with the appropriate judicial suffix (mew ).

Dated: September 10, 2025                                         Vito Genna
                                                                  Clerk of the Court