UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :   Case No. 25-11607-MEW
Premier Surgical Pavilion of Oxon Hill LLC,         :
                                                    :   Chapter 11
                     Debtor.                        :
------------------------------------------------------------x
In re:                                              :
                                                    :   Case No. 25-11745-MEW
Michael E Jones MD PC,                              :
                                                    :   Chapter 11
                     Debtor.                        :
------------------------------------------------------------x

### DECLARATION OF ANNIE WELLS IN SUPPORT OF THE UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASES

1.     I am a Trial Attorney in the Office of the United States Trustee for Region 2, with its office located at Alexander Hamilton U.S. Custom House, One Bowling Green, New York, NY 10004.  I am a member of the Bar of the State of New York, and admitted to practice law in the United States District Court for the Southern District of New York.

2.     I am the Trial Attorney assigned to the above-captioned Chapter 11 cases (the "Cases" and each a "Case") of (i) Premier Surgical Pavilion of Oxon Hill LLC ("Premier"), and (ii) Michael E Jones MD PC ("Michael Jones," and together with Premier, the "Debtors," and each a "Debtor").  As the assigned Trial Attorney, I am familiar with these Cases based upon my personal knowledge and review of the case dockets and pleadings filed.

3.     I submit this Declaration in support of the United States Trustee's Motion to Dismiss (the "Motion") these Cases, filed contemporaneously herewith.[1]

4.     In accordance with the *United States Trustee Operating Guidelines for Chapter 11 Debtors*, personnel at the Office of the United States Trustee working under my supervision

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

contacted Purported Counsel to schedule the Initial Debtor Interview (the "IDI") for the Debtors, for August 14, 2025, and requested the production of certain documents, including the following (collectively, the "Requested Documents"):

- Filed tax returns for 2021, 2022 and 2023.
- Copies of bank statements for the 3 months prior to the filing.
- Proof of a Debtor-In-Possession Bank Account.
- Proof of insurance for the business and workers compensation as well as license to operate a medical practice.
- Copy of any complaint and or foreclosure documents against the Debtors.

5. As of the date hereof, neither Debtor has provided *any* of the above Requested Documents to me or anyone at my Office, including evidence that the Debtors' businesses and properties are properly insured, and that the respective estate funds have been deposited into a Debtor-In-Possession bank account with an authorized institution in accordance with Section 345 of the Bankruptcy Code.

6. I was informed by the financial analyst assigned to these Cases that the Debtors and Purported Counsel failed to appear for the IDI scheduled on August 14, 2025.

7. On August 22, 2025, as the Trial Attorney assigned to Premier's Case, and on behalf of the United States Trustee, I convened the scheduled meeting of creditors pursuant to Section 341 of the Bankruptcy Code. However, neither Premier nor Purported Counsel appeared, and as a result, I continued the 341 Meeting for Premier *sine die*.

8. On August 26, 2025, the Court held an initial case conference in Premier's Case, at which I entered my appearance on behalf of the United States Trustee. However, neither the Debtor nor Purported Counsel appeared at this hearing.

9. On September 3, 2025, as the Trial Attorney assigned to Michael Jones's Case,

and on behalf of the United States Trustee, I convened the scheduled meeting of creditors pursuant to Section 341 of the Bankruptcy Code. However, neither Michael Jones nor Purported Counsel appeared, and as a result, I continued the 341 Meeting for Michael Jones *sine die*.

      I declare under the penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, New York
       September 18, 2025

By:    */s/ Annie Wells*
       Annie Wells
       Trial Attorney
       Office of the United States Trustee-NYO
       Alexander Hamilton U.S. Custom House
       One Bowling Green
       New York, NY 10004
       Tel. No. (212) 510-0500