# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 25-11607-mew

*Assigned to:* Judge Michael E. Wiles
Chapter 11
Voluntary
Asset

*Date filed:* 07/22/2025
*341 meeting:* 08/22/2025

*Debtor*
**Premier Surgical Pavilion of Oxon Hill LLC**
6178 Oxon Hill Rd
Oxon Hill, MD 20745
PRINCE GEORGE'S-MD
Tax ID / EIN: 46-5221260

represented by **Anthony Matthew Vassallo**
Law Office of Anthony M. Vassallo
276 Fifth Avenue
Suite 704
New York, NY 10001
917-862-1936
Email: amvassallo@gmail.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

represented by **Annie Wells**
DOJ-Ust
Alexander Hamilton Custom House
One Bowling Green
Suite 511
New York, NY 10004
212-510-0500
Email: annie.wells@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 07/22/2025 | 1 (7 pgs; 2 docs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 11/19/2025, Disclosure Statement due by 11/19/2025, Initial Case Conference due by 8/21/2025,Appointment of patient care ombudsman due by 08/21/2025 Filed by Anthony Matthew Vassallo of Law Office of Anthony M. Vassallo on behalf of Premier Surgical Pavilion of Oxon Hill LLC. (Attachments: # 1 Corporate Resoluiton) (Vassallo, Anthony) (Entered: 07/22/2025) |
| 07/22/2025 | | Receipt of Voluntary Petition (Chapter 11)( 25-11607) [misc,824] (1738.00) Filing Fee. Receipt number A17160680. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 07/22/2025) |
| 07/22/2025 | | Judge Michael E. Wiles added to the case. (Harris, Kendra). (Entered: 07/22/2025) |
| 07/23/2025 | | Deficiencies Set: Schedule A/B due 8/5/2025. Schedule D due 8/5/2025. Schedule E/F due 8/5/2025. Schedule G due 8/5/2025. Schedule H due 8/5/2025. Summary of Assets and Liabilities |

| | | |
|---|---|---|
| | | due 8/5/2025. Statement of Financial Affairs due 8/5/2025. 20 Largest Unsecured Creditors **DUE at Time of Filing.** Declaration of Schedules due 8/5/2025. List of Equity Security Holders due 8/5/2025. Local Rule 1007-2 Affidavit due by: 8/5/2025. Corporate Ownership Statement **DUE at Time of Filing.** Incomplete Filings due by 8/5/2025, (Porter, Minnie). (Entered: 07/23/2025) |
| 07/24/2025 | 2 (1 pg) | Order signed on 7/24/2025 scheduling initial case conference. With hearing to be held on 8/26/2025 at 10:00 AM at Videoconference (ZoomGov) (MEW). (DePierola, Jacqueline) (Entered: 07/24/2025) |
| 07/24/2025 | 3 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors 341(a) meeting to be held on 8/22/2025 at 02:00 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Cantrell, Deirdra). (Entered: 07/24/2025) |
| 07/26/2025 | 4 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 3)) . Notice Date 07/26/2025. (Admin.) (Entered: 07/27/2025) |
| 07/30/2025 | 5 (1 pg) | Notice of Meeting of Creditors *With Telephonic Conference Dialing Instructions* (related document(s)3) filed by Annie Wells on behalf of United States Trustee. 341(a) meeting to be held on 8/22/2025 at 02:00 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Wells, Annie) (Entered: 07/30/2025) |
| 08/20/2025 | 6 (2 pgs) | Order signed on 8/20/2025 directing the appointment of a Patient Care Ombudsman. (DePierola, Jacqueline) (Entered: 08/20/2025) |
| 09/03/2025 | 7 (4 pgs) | Notice of Appearance filed by Matthew Todd Burrows on behalf of Small Business Lending, LLC as Servicer for the NALP Business Loan Trust 2024-1. (Burrows, Matthew) (Entered: 09/03/2025) |
| 09/03/2025 | 8 (3 pgs; 3 docs) | Application for Pro Hac Vice Admission *on behalf of John J. Winter* filed by Matthew Todd Burrows on behalf of Small Business Lending, LLC as Servicer for the NALP Business Loan Trust 2024-1. (Attachments: # 1 Exhibit Certificate of Good Standing # 2 Pleading Proposed Order) (Burrows, Matthew) (Entered: 09/03/2025) |
| 09/03/2025 | | Receipt of Application for Pro Hac Vice Admission( 25-11607-mew) [motion,122] ( 200.00) Filing Fee. Receipt number A17210541. Fee amount 200.00. (Re: Doc # 8) (U.S. Treasury) (Entered: 09/03/2025) |

| | | |
|---|---|---|
| 09/08/2025 | [9](#) <br> (1 pg) | Order signed on 9/8/2025 admitting John J. Winter, Esq. to practice pro hac vice in this Court (Related Doc # [8](#)). (DePierola, Jacqueline) (Entered: 09/08/2025) |
| 09/10/2025 | [10](#) <br> (3 pgs; 2 docs) | Scheduling Order signed on 9/10/2025. Scheduling case conference on 9/16/2025 at 10:00 AM at Videoconference (ZoomGov) (MEW). (DePierola, Jacqueline) (Entered: 09/10/2025) |
| 09/12/2025 | [11](#) <br> (4 pgs) | Certificate of Mailing (related document(s) (Related Doc # [10](#))) . Notice Date 09/12/2025. (Admin.) (Entered: 09/13/2025) |