# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 25-11745-mew

*Assigned to:* Judge Michael E. Wiles

Chapter 11

Voluntary

Asset

*Date filed:* 08/07/2025

*341 meeting:* 09/03/2025

| *Debtor* | |
|---|---|
| **Michael E Jones MD PC**<br>115 East 39th Street<br>New York, NY 10016<br>NEW YORK-NY<br>Tax ID / EIN: 20-3626838 | represented by **Anthony Matthew Vassallo**<br>Law Office of Anthony M. Vassallo<br>276 Fifth Avenue<br>Suite 704<br>New York, NY 10001<br>917-862-1936<br>Email: amvassallo@gmail.com |

| *U.S. Trustee* | |
|---|---|
| **United States Trustee**<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408<br>(212) 510-0500 | represented by **Annie Wells**<br>DOJ-Ust<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Suite 511<br>New York, NY 10004<br>212-510-0500<br>Email: annie.wells@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/07/2025 | [1](#)<br>(6 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 12/5/2025, Disclosure Statement due by 12/5/2025, Initial Case Conference due by 9/8/2025,Appointment of patient care ombudsman due by 09/8/2025 Filed by Anthony Matthew Vassallo of Law Office of Anthony M. Vassallo on behalf of Michael E Jones MD PC. (Vassallo, Anthony) (Entered: 08/07/2025) |
| 08/07/2025 | | Judge Lisa G Beckerman added to the case. (Porter, Minnie). (Entered: 08/07/2025) |
| 08/07/2025 | | Deficiencies Set: Schedule A/B due 8/21/2025. Schedule D due 8/21/2025. Schedule E/F due 8/21/2025. Schedule G due 8/21/2025. Schedule H due 8/21/2025. Summary of Assets and Liabilities due 8/21/2025. Statement of Financial Affairs due 8/21/2025. Atty Disclosure State. due 8/21/2025. 20 Largest Unsecured Creditors **DUE at Time of Filing.** Declaration of Schedules due 8/21/2025. List of All Creditors Required on Case Docket in PDF Format **DUE at Time of Filing.** Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1 **DUE at Time of Filing.** Local Rule 1007-2 Affidavit **DUE at Time of** |

| | | |
|---|---|---|
| | | **Filing.** Corporate Ownership Statement **DUE at Time of Filing.** Incomplete Filings due by 8/21/2025, (Porter, Minnie). (Entered: 08/07/2025) |
| 08/07/2025 | | Receipt of Voluntary Petition (Chapter 11)( 25-11745) [misc,824] (1738.00) Filing Fee. Receipt number A17179800. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 08/07/2025) |
| 08/08/2025 | 2 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors 341(a) meeting to be held on 9/3/2025 at 01:30 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Cappiello, Karen). (Entered: 08/08/2025) |
| 08/10/2025 | 3 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 2)) . Notice Date 08/10/2025. (Admin.) (Entered: 08/11/2025) |
| 08/11/2025 | 4 (1 pg) | Notice of Appearance *of Fort Bend County* filed by Tara L. Grundemeier on behalf of Fort Bend County. (Grundemeier, Tara) (Entered: 08/11/2025) |
| 08/15/2025 | 5 (1 pg) | Order Signed on 8/15/2025 Scheduling Initial Case Conference for 9/11/2025 at 10:00 a.m. via Videoconference (ZoomGov). (Calderon, Lynda) (Entered: 08/15/2025) |
| 08/18/2025 | 6 (1 pg) | First Notice of Appearance filed by Peter Ragone on behalf of Wells Fargo Bank, N.A.,. (Ragone, Peter) (Entered: 08/18/2025) |
| 08/18/2025 | 7 (1 pg) | First Notice of Appearance filed by Anthony L Cotroneo on behalf of Wells Fargo Bank, N.A.,. (Cotroneo, Anthony) (Entered: 08/18/2025) |
| 08/19/2025 | 8 (1 pg) | Notice of Meeting of Creditors *With Telephonic Conference Call-In Directions* (related document(s)2) filed by Annie Wells on behalf of United States Trustee. 341(a) meeting to be held on 9/3/2025 at 01:30 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Wells, Annie) (Entered: 08/19/2025) |
| 09/03/2025 | 9 (4 pgs) | Notice of Appearance filed by Matthew Todd Burrows on behalf of Small Business Lending, LLC as Servicer for the NALP Business Loan Trust 2024-1. (Burrows, Matthew) (Entered: 09/03/2025) |
| 09/03/2025 | 10 (1 pg) | Application for Pro Hac Vice Admission *on behalf of John J. Winter* filed by Matthew Todd Burrows on behalf of Small Business Lending, LLC as Servicer for the NALP Business Loan Trust 2024-1. (Burrows, Matthew) (Entered: 09/03/2025) |
| 09/03/2025 | | Receipt of Application for Pro Hac Vice Admission( 25-11745-lgb) [motion,122] ( 200.00) Filing Fee. Receipt number |

| | | |
|---|---|---|
| | | A17210518. Fee amount 200.00. (Re: Doc # 10) (U.S. Treasury) (Entered: 09/03/2025) |
| 09/04/2025 | 11 (3 pgs; 3 docs) | Application for Pro Hac Vice Admission *John J. Winter* (related document(s)10) filed by Matthew Todd Burrows on behalf of Small Business Lending, LLC as Servicer for the NALP Business Loan Trust 2024-1. (Attachments: # 1 Exhibit Pro Hac Vice Order # 2 Exhibit Cert of Good Standing) (Burrows, Matthew) (Entered: 09/04/2025) |
| 09/05/2025 | | Receipt of Application for Pro Hac Vice Admission( 25-11745-lgb) [motion,122] ( 200.00) Filing Fee. Receipt number A17213652. Fee amount 200.00. (Re: Doc # 11) (U.S. Treasury) (Entered: 09/05/2025) |
| 09/08/2025 | 12 (1 pg) | Order Signed On 9/8/2025 Re: Granting Application for Pro Hac Vice For John J. Winter (Related Doc # 11) . (Barrett, Chantel) (Entered: 09/08/2025) |
| 09/10/2025 | 13 (2 pgs; 2 docs) | Notice of Case Reassignment From Judge Lisa G Beckerman to Judge Michael E. Wiles. Judge Michael E. Wiles added to the case. (Gomez, Jessica). (Entered: 09/10/2025) |
| 09/10/2025 | 14 (2 pgs) | Notice of Appearance filed by Bryan Wolkind on behalf of Milestone Bank f/k/a LCA Bank Corporation. (Wolkind, Bryan) (Entered: 09/10/2025) |
| 09/10/2025 | 15 (3 pgs; 2 docs) | Scheduling Order signed on 9/10/2025. Scheduling case conference on 9/16/2025 at 10:00 AM at Videoconference (ZoomGov) (MEW). (DePierola, Jacqueline) (Entered: 09/10/2025) |
| 09/12/2025 | 16 (4 pgs) | Certificate of Mailing Re: Notice of Case Reassignment (related document(s) (Related Doc # 13)) . Notice Date 09/12/2025. (Admin.) (Entered: 09/13/2025) |
| 09/12/2025 | 17 (5 pgs) | Certificate of Mailing (related document(s) (Related Doc # 15)) . Notice Date 09/12/2025. (Admin.) (Entered: 09/13/2025) |