**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                    :

                                                                          :          Chapter 11

PREMIER SURGICAL PAVILION OF OXEN          :

HILL LLC, *et. al.*,                                             :          Case No. 25-11607 (MEW)

                                                                          :

                                    Debtor.                        :

---------------------------------------------------------------x

### ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

Upon the *Motion to Dismiss Case Pursuant to 11 USC s1112* (the "**Motion**") (ECF

Docket No. 12) of William K. Harrington, the United States Trustee for Region 02, seeking

dismissal of the jointly administered chapter 11 cases; and the Court having jurisdiction to

consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of

Reference from the United States District Court for the Southern District of New York; and upon

*Joshua Nathanson's Joinder To United States Trustee's Motion To Dismiss Pursuant To 11 U.S.C.*

*§1112* (ECF Docket No. 17) in support of dismissal of the chapter 11 cases; and the Court having

considered the Debtor's *Objection to Motion* (ECF Docket No. 18) and the Debtor's

*Supplemental Objection* (ECF Docket No. 28) seeking conversion to chapter 7, in the alternative;

and upon the reasons stated at the hearing held before the Court on November 4, 2025 (the

"Hearing"); and the Court determining at the Hearing that Debtor's request for conversion of the

jointly administered cases to ones under chapter 7 is in the best interest of creditors;

   **IT IS HEREBY ORDERED THAT:**

1.   The Motion is GRANTED as set forth herein.

2.   Pursuant to section 1112(b) of the Bankruptcy Code, the case is converted to a case under
     chapter 7 of the Code.

3.   The United States Trustee is directed to appoint a chapter 7 trustee.

1

4.  A copy of this Order shall be served by first class mail upon the Debtor and all creditors within three (3) days of the date of this Order.

Dated: New York, New York
　　　　November 4, 2025

　　　　　　　　　　　　　　　　　　s/Michael E. Wiles
　　　　　　　　　　　　　　　　　　**HONORABLE MICHAEL E. WILES**
　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

2